# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01169-RWS-RSP |
| vs. | § § | LEAD CASE |
| ADAMS EXTRACT | § § | |
| Defendant. | § § | |
| SYMBOLOGY INNOVATIONS, LLC | § § | |
| Plaintiff, | § § | Case No: 2:15-cv-01866-JRG-RSP |
| vs. | § § | LEAD CASE |
| J5CREATE | § § | |
| Defendant. | § § § | |

## **ORDER**

On this day the Court considered the Unopposed Motion to Dismiss Defendant j5create.

It is therefore ORDERED that all claims by Plaintiff Symbology Innovations, LLC against Defendant j5create (i.e., KaiJet Technology International Limited, Inc., d/b/a j5create) are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 9th day of March, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE